SP 3141 '05

**UNITED STATES**
**VS**
**WAZIRY, QUDRAT NMN**
Lockup Nbr: 3
PDID: 0579475
DOB:
CCR: 149995

| Court File Date | LOCK UP | PDID _____ |
|---|---|---|
| NOV 1 1 2005 | L-3 | DOB _____ |
| | | CCR _____ |

☐ CITATION   ☐ BOND   ☐ Collateral $ _____   Page _____

DEFENSE COUNSEL       CODE   S C A R   DATE WITHDRAWN
☐ PRO SE
1. _____
2. _____

PROSECUTOR       CODE       ASSIGNED TO JUDGE
1. _____
2. _____                   Cal. Number _____

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.
☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination
PLEA: ☐ Not Guilty          ☐ Made   ☐ Waived
Count(s) _____  ☐ Guilty, JUDGMENT Guilty

CONTINUED DATE | BOND CONDITIONS
PREL. HEARING | BOND AMOUNT $ **NO BOND**
STATUS HEARING | ☐ CASH ____ % ☐ SURETY
JURY TRIAL | ☐ PERSONAL RECOGNIZANCE
NON-JURY | ☐ Third Party Custodian
| ☐ Contribution Ordered
☐ Defendant Advised of Penalties for Failure to Appear.

**C 11-14-05 @ 1:45pm IN U.S. DISTRICT COURT, CRTRM 4 J/KAY**

Count(s) _____ Nolle Prosequi Prosecutor: _____
COURT REPORTER | TAPE ☐ | CLERK | JUDGE/COMM.
 | C/O | M | JACKSON

☒ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

DISPOSED | PENDING
CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated

FILED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Superior Court of the District of Columbia**
**CRIMINAL DIVISION**
**SPECIAL PROCEEDINGS**

DATE: _____       FINAL DISPOSITION ONLY
_____
_____
_____

Count(s) _____ Nolle Prosequi Prosecutor: _____
COURT REPORTER  TAPE ☐  CLERK  JUDGE/COMM.
☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED
All Counts Closed   DISPOSED   Updated By
SP 3141 '05

(Left margin:) o Papers / ount(s) / rges Filed / ny / demeanor / ffic / A B C D E F G H I / PROBATION / ☐ 163 FILED / ntence Date / port Due Date / te Jacket Ready For Probation / te Received in Probation / te Jacket Returned to Crim. Div. / Diversion / Date Admitted