AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

QUDRAT ULLAH WAZIRY

**WARRANT FOR ARREST**

CASE NUMBER: 05-595M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___QUDRAT ULLAH WAZIRY___
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

FILED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title 18 United States Code, Section(s) § 371.

ALAN KAY
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV 0 9 2005    District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___USMS 333 Constitution Ave NW Washington DC 20001___

| DATE RECEIVED | NAME AND TITLE OF ~~ARRESTING~~ Reporting OFFICER | SIGNATURE OF ~~ARRESTING~~ Reporting OFFICER |
|---|---|---|
| 11/09/05 | Derrick Fitzgerald DUSM | [Signature] David Z___ |
| DATE OF ARREST | | |
| 11/14/05 | | |