UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 05-595 |
| v. | ) | Next Court Date: 5/4/06 |
| | ) | Magistrate Judge Kay |
| QUDRAT WAZIRY | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

      Please enter the appearance of Matthew Hertz, Esq. and Alan Solomon, Esq., and the law firm of Solomon, Malech & Cohen, P.C. as counsel for the Defendant, Qudrat Waziry in the above captioned case.

/s/Alan Solomon
Alan Solomon, Esquire
SOLOMON, MALECH & COHEN, P.C.
7720 Wisconsin Avenue
Suite 220
Bethesda, Maryland 20814
(301)913-5884

/s/ Matthew Hertz
Matthew Hertz, Esquire MD15627
SOLOMON, MALECH & COHEN, P.C.
7720 Wisconsin Avenue
Suite 220
Bethesda, Maryland 20814
(301)913-5884

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically delivered to the attention of the following on March 30, 2006 via the ECF/CM system:

**John P. Carlin**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530

　　　　　　　　　　　　　　　　　　　　____/s/ Alan Solomon_____
　　　　　　　　　　　　　　　　　　　　Alan Solomon, Esq.