UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 05-595 |
| v. ) | Next Court Date:5/4/06 |
| ) | Magistrate Judge Kay |
| QUDRAT WAZIRY ) | |
| ) | |

**MOTION FOR LEAVE TO OBTAIN PASSPORT**

Qudrat Waziry, by and through undersigned counsel, respectfully requests that this Honorable Court sign the included order regarding an oral motion granted in court on March 16, 2006. Defendant states his cause below:

1. On March 16, 2006 the Defendant appeared before Judge Facciola for a status conference in this case.

2. On that date, over objection of the government, the Court granted the Defendant's request to obtain his previously surrendered passport so that he can comply with his requirements for his ongoing United States Citizenship Naturalization requirements.

3. The Court granted leave for Mr. Waziry to obtain his passport on April 6, 2006 and to surrender it to the Court on April 13, 2006.

4. The Defendant requires a signed court order so that he may proceed with this granted request.

WHEREFORE, your undersigned respectfully requests that this Motion be granted, and for any further relief this Court deems just and appropriate.

          Respectfully submitted,

          ___/s/ Alan Solomon_____
          Alan Solomon, Esquire
          SOLOMON, MALECH & COHEN, P.C.
          7720 Wisconsin Avenue
          Suite 220
          Bethesda, Maryland 20814
          (202) 955-6141

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was electronically delivered to the attention of the following on March 30, 2006 via the ECF/CM system:

**John P. Carlin**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530

          ____/s/ Alan Solomon_____
          Alan Solomon, Esq.