## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 05-595 |
| v. ) | Next Court Date:5/4/06 |
| ) | Magistrate Judge Kay |
| QUDRAT WAZIRY ) | |
| ) | |

### ORDER ALLOWING DEFENDANT TO OBTAIN PASSPORT

Upon consideration of the Defendant's oral motion made in Court on March 16, 2006, over objection from the United States of America; it is hereby this ____ day of _____, 2006

ORDERED that the Defendant is granted leave to retrieve his passport on April 6, 2006 for purposes of complying with his immigration naturalization requirements; and it is further

ORDERED that the passport is to be surrendered by the Defendant no later than April 13, 2006.

SO ORDERED.

cc:

Alan Solomon, Esquire

SOLOMON, MALECH & COHEN,P.C.

7720 Wisconsin Avenue

Suite 220

Bethesda, Maryland 20814

(202) 955-6141

**John P. Carlin**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530

**END OF ORDER**